JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YMELDA ELENA ET AL.,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF LOS ANGELES ET AL.,<br><br>                    Defendants. | Case No.  CV 22-7651-KK-KSx<br><br><br>JUDGMENT |

This action came on for jury trial, the Honorable Kenly Kiya Kato, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and that Plaintiff shall take nothing.  Accordingly, the action is dismissed on the merits.

Dated:  April 17, 2025

_____
HONORABLE KENLY KIYA KATO
United States District Judge